IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMIE VELASQUEZ,

    Plaintiff,

v.                     Case No. 4:16cv731-MW/GRJ

SGT. B. GRAHAM, et al.,

    Defendants.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION AND REMANDING CASE TO MAGISTRATE JUDGE

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 47, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 50. Upon consideration,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. Defendant's Motion to Dismiss, ECF No. 36, is **GRANTED** as to all claims decided in the Court's order and judgment in *Velazquez I*, ECF Nos. 42 and 43. The Clerk shall enter judgment stating, "Plaintiff's claims that were previously decided in *Velazquez v. Robinson*, Case No. 4:13-cv-382-MW-CAS (N.D. Fla. Feb. 4, 2016) are **DISMISSED** as barred by collateral estoppel." This matter is remanded to the Magistrate Judge for further proceedings to determine

whether Plaintiff intends to proceed with his retaliation claim against Defendant Graham for nominal damages only, and if so, for the imposition of an order to pay Defendants $413.71 in costs before this case proceeds further, pursuant to Federal Rule of Civil Procedure 41(d).

**SO ORDERED on July 28, 2018.**

**s/Mark E. Walker              **
**Chief United States District Judge**