IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAIME VELAZQUEZ,

    Plaintiff,

v.                                                           CASE NO. 4:16-cv-731-MW-GRJ

SGT. B. GRAHAM, et al.,

    Defendants.

_____/

## **REPORT AND RECOMMENDATION**

    This case was remanded to the undersigned for further proceedings following the district judge's dismissal of all claims that were previously decided in *Velazquez v. Robinson*, Case No. 4:13-cv-382-MW-CAS (N.D. Fla. Feb. 4, 2016). ECF No. 51. Pursuant to the Court's remand order, Plaintiff was ordered to inform the Court as to whether he intends to proceed with his retaliation claim against Defendant Graham for nominal damages only. ECF No. 53. Plaintiff was advised that if he proceeded with that claim, then the Court would enter an order requiring Plaintiff to first pay the $413.71 in costs assessed in Case No. 4:13-cv-382-MW-CAS, pursuant to Fed. R. Civ. P. 41(d). *Id.* Plaintiff was warned that failure to respond would result in a recommendation that his remaining claim be

dismissed without further notice. *Id.* As of this date, Plaintiff has failed to respond to the Court's order.

Accordingly, it is respectfully **RECOMMENDED** that Plaintiff's remaining claim in this case be **DISMISSED,** and that judgment should be entered in Defendants' favor.

**IN CHAMBERS** this 27th day of August 2018.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.