IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAIME VELAZQUEZ,

    Plaintiff,

v.                          Case No. 4:16cv731-MW/GRJ

SGT. B. GRAHAM,
et al.,

    Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 54. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's remaining claim in this case is **DISMISSED**. Judgment is entered in favor of Defendants." The Clerk shall close the file.

**SO ORDERED on October 17, 2018.**

                                        s/Mark E. Walker           
                                        **Chief United States District Judge**